**Order entered September 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00521-CR

**GREGORY ALLEN ROBINSON, JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-34479-R**

## ORDER

On August 12, 2014, this Court ordered the trial court to prepare and file a certification of appellant's right to appeal. The Court has determined that the certification was signed by the trial court on August 13, 2014, but has not yet been forwarded to this Court by the Dallas County District Clerk.

Accordingly, we **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file a supplemental clerk's record containing the August 13, 2014 certification of appellant's right to appeal within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mark Stoltz, Presiding Judge, 265th Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE